**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2020

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> 11/12/2020
> The November 12 conference is adjourned to January 13, 2021 at 12 noon. Time is excluded through January 13, 2021. SO ORDERED.
>
> *Paul A. Crotty*

Re: *United States v. Gustavo Betancourt*, 19 Cr. 661 (PAC)

Dear Judge Crotty:

The Government writes, with the consent of defense counsel, to request that the Court adjourn the status conference in the above-captioned matter from November 12, 2020 at 11:00 a.m. to January 13, 2021 at 12:00 p.m. The Government further requests, with the defendant's consent, that the Court exclude time from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. Such an exclusion of time will serve the interests of justice, as it will allow the defendant an opportunity to review discovery, to contemplate any pretrial motions, and for the parties to discuss any pretrial resolutions.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *Sheb Swett*
Jacob H. Gutwillig
Louis A. Pellegrino
Sheb Swett
Assistant United States Attorneys
(212) 637-2215/-7414/-6522

cc: Milton Florez, Esq. (by ECF)