**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2021

**BY ECF**
The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

3/1/2021
The March 2 conference is adjourned to April 27, 2021 at 11 AM. Time will be excluded through April 27, 2021. SO ORDERED.

*/s/ Paul A. Crotty*

Re:   *United States v. Gustavo Betancourt*, 19 Cr. 661 (PAC)

Dear Judge Crotty:

The Government writes, with the consent of defense counsel, to request a sixty-day adjournment of the March 2, 2021 status conference in the above-captioned matter. The Government further requests, with the defendant's consent, that the Court exclude time from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. The parties are in negotiation regarding a pretrial resolution, but those negotiations have been delayed due to the ongoing COVID-19 pandemic. An exclusion of time will serve the interests of justice, as it will allow these conversations to continue, while affording the defendant the opportunity to consider pretrial motions should the parties not reach a resolution.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   _____
Jacob H. Gutwillig
Louis A. Pellegrino
Sheb Swett
Assistant United States Attorneys
(212) 637-2215/-7414/-6522

cc: Milton Florez, Esq. (by ECF)