# Milton H. Flórez, P.C.
## Attorney at Law

---

**Telephone:**
(718) 685-0073

40-50 Junction Blvd. Suite 1R
Corona, NY 11368

**Facsimile:**
(718) 685-0077

May 6, 2021

**VIA- ECF**
Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moyniham
U.S. Courthouse
500 Pearl Street
New York, New York 10007

        Re:   USA v. Gustavo Betancourt, et al
               Indictment No.:   19-Cr-661 (PAC)
               REQUEST FOR TRAVEL PERMISSION

Dear Judge Crotty:

    My client has a travel restriction to the Southern, Eastern Districts of New York and District of New Jersey. I am writing to you to respectfully request permission for my client to travel to the state of Florida, specifically, Miami, from June 1 to June 9, 2021. The purpose of the trip is to celebrate his son's birthday and a family reunion.

    Thank you for your time and consideration.

                          Very truly yours,

                          Milton H. Flórez, Esq.

C.c.:  Sebastian Swett
       Assistant U.S. Attorney
       Via-ECF

5/19/2021
Permission to travel to Florida between June 1 to June 9, 2021 is granted. The Defendant is directed to give Pretrial a full itinerary. SO ORDERED.

*Paul A. Crotty*