# Milton H. Flórez, P.C.
## Attorney at Law

| TELEPHONE: | 40-50 JUNCTION BLVD. SUITE 1R | FACSIMILE: |
|---|---|---|
| (718) 685-0073 | CORONA, NY 11368 | (718) 685-0077 |

October 5, 2021

**VIA- ECF**
Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moyniham
U.S. Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten notation: 10/7/2021 — The matter is adjourned to 12/8/21 @ 4PM. So ordered. Paul A. Crotty, USDJ]*

Re:   USA v. Gustavo Betancourt, et al
      Indictment No.:   19-Cr-661 (PAC)
      Next Court Date:   October 6, 2021
      REQUEST ADJOURNMENT OF
      STATUS CONFERENCE

Dear Honorable Judge Crotty:

I am writing to you, with no objection from the Government, AUSA Sebastian Swett, to respectfully request an adjournment of the October 6, 2021, status conference. I am currently engaged, in trial, in Bronx Supreme Court, in the matter of People v. Anthony Trujillo, Indictment No.: 01365-2019.

As a result, I am requesting an adjournment to November 18, 2021. I also consent for the Court to exclude time from calculation under the Speedy Trial Act until the date of the next conference.

Thank you for your time and consideration.

Very truly yours,

Milton H. Flórez, Esq.

C.c.:   Jacob H. Gutwillig
        Assistant U.S. Attorney
        Via-ECF