# Milton H. Flórez, P.C.
## Attorney at Law

TELEPHONE:
(718) 685-0073

40-50 JUNCTION BLVD. SUITE 1R
CORONA, NY 11368

FACSIMILE:
(718) 685-0077

December 17, 2021

**VIA- ECF**
Honorable Judge Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moyniham
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: USA v. Gustavo Betancourt, et al
Indictment No.:   19-Cr-661 (PAC)
Next Court Date:   2-14-2022
REQUEST FOR PERMISSION TO TRAVEL

Dear Honorable Judge Crotty:

I am writing to you to respectfully request permission for my client to travel to the state of Florida, from December 22, 2021 to January 3, 2022. Specifically, Mr. Betancourt and his family want to spend Christmas and New Years, with his mother-in-law, Maria Montoya, who lives at 4919 Woodbreeze Court, Windermere, Florida, 34786.

I have spoken to AUSA Sebastian Swett and Pre-Trial Service Officer, Luis Baez, and both gentlemen do not oppose my request.

Thank you for your time and consideration.

Very truly yours,

Milton H. Flórez, Esq.

C.c.:   Sebastian Swett
Assistant U.S. Attorney
Via-ECF

Luis Baez
Pre-Trial Service Officer
Via-Email Luis_Baez@uscourts.gov

12/22/2021
The request to travel from December 22 - January 3, 2022 is granted. SO ORDERED.

*/s/ Paul A. Crotty*