```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   UNITED STATES OF AMERICA,                                   :
                                                               :
              -against-                                        :   19-CR-661 (VEC)
                                                               :
   GUSTAVO BENTACOURT,                                         :   ORDER
                                                               :
                            Defendant.                         :
                                                               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on March 25, 2024, the parties requested that the Court schedule a change-of-plea hearing in this matter.

   IT IS HEREBY ORDERED that a change-of-plea hearing in this matter will be held on **Thursday, March 28, 2024, at 2:00 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  March 25, 2024**
**      New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**