```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
   UNITED STATES OF AMERICA,                                      :
                                                                  :
                  -against-                                       :     19-CR-661 (VEC)
                                                                  :
   GUSTAVO BETANCOURT,                                            :        ORDER
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2024

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 28, 2024, the parties appeared before the Undersigned for a change-of-plea hearing.

IT IS HEREBY ORDERED that the change-of-plea hearing in this matter is ADJOURNED to **Tuesday, April 2, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that the deadline for motions *in limine* and for the disclosure of expert reports are ADJOURNED *sine die*.

**SO ORDERED.**

**Date: March 28, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**