USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
  UNITED STATES OF AMERICA,                                        :
                                                                   :
              -against-                                            :       19-CR-661 (VEC)
                                                                   :
  GUSTAVO BETANCOURT,                                              :            ORDER
                                                                   :
                                    Defendant.                     :
                                                                   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 28, 2024, the parties appeared before the Undersigned for a change-of-plea hearing.

IT IS HEREBY ORDERED that the change-of-plea hearing in this matter is ADJOURNED to **Wednesday, April 10, 2024, at 4:00 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that jury selection and trial trial in this matter is ADJOURNED to **Monday, May 13, 2024, at 9:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. All pretrial deadlines are ADJOURNED *sine die*.

**SO ORDERED.**

Date:  April 2, 2024
       New York, NY

_____
VALERIE CAPRONI
United States District Judge