```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                -against-                        19-CR-661 (VEC)

   GUSTAVO BENTACOURT,                    ORDER

                    Defendant.
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties appeared before the Undersigned for a change-of-plea hearing on April 10, 2024; and

       WHEREAS, at the hearing, Mr. Betancourt entered a plea of guilty to the sole count of the Superseding Information (S2), which was accepted by the Court.

       IT IS HEREBY ORDERED that the sentencing hearing in this matter will be held on **Thursday, October 17, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  The parties' pre-sentencing submissions are due on **October 3, 2024**.

**SO ORDERED.**

Date:  April 10, 2024                       _____
         New York, NY                          **VALERIE CAPRONI**
                                                  **United States District Judge**