**Milton H. Flórez, P.C.**
*Attorney at Law*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/25/2024

TELEPHONE: (718) 685-0073

40-50 JUNCTION BLVD. SUITE 1R
CORONA, NY 11368

FACSIMILE: (718) 685-0077

June 24, 2024

VIA-ECF
Honorable Judge Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   USA v. Gustavo Betancourt
      Case No.:        19-Cr-661 (VEC)
      Next Court Date: October 17, 2024
      REQUEST FOR DEFENDANT TO
      TRAVEL OUT OF STATE

Dear Honorable Judge Caproni:

I am writing this letter to request permission from the Court to allow Mr. Betancourt to travel from July 1, 2024, to July 5, 2024, to the state of California for a family reunion.

Our office has spoken to AUSA Sebastian Swett and Pre-Trial Service Officer Brian Martins, and both gentlemen have consented to my request.

Thank you for your time and consideration.

Very truly yours,

Milton H. Florez, Esq.

C.c.:  Sebastina Swett
       Via-ECF and email Sebastian.Swett@usdoj.gov

       Brian Martins
       Pre-Trial Service Officer
       Brian_Martins@NJPP.uscourts.gov

---

Application GRANTED. Mr. Betancourt must provide Pretrial Services with the details of the itinerary and the location where he will be staying in advance of his travel.
SO ORDERED.

*Valerie Caproni*
06/25/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE