UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                -against-                              19-CR-661 (VEC)

   GUSTAVO BENTACOURT,                      ORDER

                             Defendant.
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared for a status conference on November 14, 2024; and

      WHEREAS Mr. Florez failed to attend the conference.

      IT IS HEREBY ORDERED that the parties must appear for a status conference on **Thursday, December 5, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Mr. Florez is reminded that he must attend all court appearances in this matter, unless and until he is relieved as counsel.

**SO ORDERED.**

Date:  November 14, 2024
       New York, NY
                                                **VALERIE CAPRONI**
                                                **United States District Judge**