UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
      -against- : 19-CR-661 (VEC)
:
GUSTAVO BENTACOURT, : ORDER
:
                  Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the status conference currently scheduled for Friday, December 20, 2024, is RESCHEDULED for **Thursday, December 19, 2024, at 3:00 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Mr. Florez is reminded that he must attend all court appearances in this matter, unless and until he is relieved as counsel.

**SO ORDERED.**

Date:  December 11, 2024
          New York, NY

                                                **VALERIE CAPRONI**
                                           **United States District Judge**