UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-against- : 19-CR-661 (VEC)
:
GUSTAVO BENTACOURT, : ORDER
:
Defendant. :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the parties must appear for a status conference on **Thursday, January 23, 2025, at 4:00 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  December 19, 2024
        New York, NY

                                            **VALERIE CAPRONI**
                                            **United States District Judge**