UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                          19-CR-661 (VEC)

    GUSTAVO BENTACOURT,                      ORDER

                          Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the conference scheduled for Thursday, January 23, 2025, will take place in Judge Caproni's new courtroom: Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  **January 22, 2025**
         **New York, NY**

                                                      **VALERIE CAPRONI**
                                                    **United States District Judge**