UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
   UNITED STATES OF AMERICA,                                     :
                                                                 :
                -against-                                        :    19-CR-661 (VEC)
                                                                 :
   GUSTAVO BENTACOURT,                                           :        ORDER
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the parties must appear for a status conference on **Wednesday, February 26, 2025, at 4:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

    IT IS FURTHER ORDERED that, if Mr. Florez wishes to withdraw as counsel, he must file a motion to do so not later than **Monday, February 3, 2025**.

**SO ORDERED.**

Date: January 24, 2025
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**