UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                  -against-                                 19-CR-661 (VEC)

   GUSTAVO BENTACOURT,                        ORDER

                          Defendant.
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the status conference scheduled for March 17, 2025, is ADJOURNED to **Monday, March 24, 2025, at 4:00 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  **March 14, 2025**
        **New York, NY**

                                                         **VALERIE CAPRONI**
                                                    **United States District Judge**