UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                         :
:
-against-                                  :     19-CR-661 (VEC)
:
GUSTAVO BENTACOURT,                               :     ORDER
:
Defendant.          :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the parties must appear for a status conference on **Wednesday, April 23, 2025, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: March 24, 2025**
**New York, NY**

                          **VALERIE CAPRONI**
                          **United States District Judge**