UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-against- : 19-CR-661 (VEC)
:
GUSTAVO BENTACOURT, : <u>ORDER</u>
:
Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED that the parties must appear for a status conference on **Tuesday, July 8, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  At the conference, Mr. Betancourt must be prepared to indicate whether he wishes to move to withdraw his plea.  The conference will not be adjourned.

**SO ORDERED.**

**Date: June 17, 2025**
      **New York, NY**

                                        **VALERIE CAPRONI**
                                    **United States District Judge**