UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   UNITED STATES OF AMERICA,

               -against-                        19-CR-661 (VEC)

   GUSTAVO BENTACOURT,                    ORDER

                            Defendant.
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 8, 2025, the parties appeared for a conference before the Undersigned, at which Mr. Betancourt indicated his interest in entering a plea without admitting guilt, pursuant to *North Carolina v. Alford*, 400 U.S. 25 (1970).

IT IS HEREBY ORDERED that, not later than **Wednesday, July 23, 2025**, the Government must file a letter indicating whether it is willing to proceed with an *Alford* plea.

**SO ORDERED.**

**Date:  July 9, 2025**
        **New York, NY**
                                              **VALERIE CAPRONI**
                                            **United States District Judge**