

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 23, 2025

**BY ECF & EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Gustavo Betancourt*, 19 Cr. 661 (VEC)

Dear Judge Caproni:

    On July 8, 2025, the parties appeared before the Court for a conference in the above-referenced matter. At that conference and in a subsequent written order (*see* Dkt. 179), the Court directed the Government to inform the Court by July 23, 2025, whether the Government is willing to proceed with an *Alford* plea in this matter. *See North Carolina v. Alford*, 400 U.S. 25 (1970). The Government respectfully writes to inform the Court that, after careful consideration, the Government is not willing to proceed with an *Alford* plea or a plea of *nolo contendere* in this case.

    The Government is available to appear before the Court in this matter at the Court's convenience should the Court require further information.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By: *[signature: A. Messiter]*
    Alexandra S. Messiter
    Assistant United States Attorney
    (212) 637-2544

cc: Evan Lipton (by ECF & Email)