UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                 -against-                                 19-CR-661 (VEC)

    GUSTAVO BETANCOURT,                          <u>ORDER</u>

                              Defendant.
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS Mr. Betancourt has not moved to withdraw his guilty plea, and the Government has indicated that it is unwilling to proceed with a plea without an admission of guilt pursuant to *North Carolina v. Alford*, 400 U.S. 25 (1970).

        IT IS HEREBY ORDERED that the parties must appear for a conference on **Friday, August 15, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

        IT IS FURTHER ORDERED that at the conference, Mr. Betancourt must either withdraw his objection to Paragraph 27 of the Presentence Report, Dkt. 129, or, if he maintains his objection, propose language that accurately describes his relationship to the Elmhurst location from which the 6.5 kilograms of heroin was seized in April 2014.

        IT IS FURTHER ORDERED that at the conference, the Government must be prepared to provide the Court with a detailed proffer of its evidence of Mr. Betancourt's involvement in the charged conspiracy. Among other things, it is unclear from the Presentence Report whether any of Mr. Betancourt's co-defendants were the person who has been described in past court appearances as Mr. Betancourt's mother's boyfriend. The Government should also be prepared

to provide the Court with as much information as it has regarding Mr. Betancourt's arrest on April 11, 2019, including any evidence that the heroin referenced in Paragraph 44 of the Presentence Report was linked to the same conspiracy alleged in the Indictment, Dkt. 3, in this case.

**SO ORDERED.**

**Date:  August 6, 2025
          New York, NY**

　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI
                                         United States District Judge**