UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                             :
:
-against-                      :        19-CR-661 (VEC)
:
GUSTAVO BENTACOURT,                                   :        ORDER
:
Defendant.         :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Mr. Betancourt will be sentenced on **Wednesday, October 8, 2025, at 11:30 A.M.**  The Defense's revised pre-sentencing submissions are due **Friday, September 19, 2025**.  The Government's response, if any, is due **Friday, September 26, 2025**.

**SO ORDERED.**

Date:  August 18, 2025
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**