**MEMO ENDORSED**

Law Office of Evan L. Lipton, P.C.
260 Madison Ave, Floor 22
New York, New York 10016
ell@evanliptonlaw.com
(917) 924-9800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025

September 18, 2025

By ECF
Hon. Valerie E. Caproni
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

      Re: *United States v. Gustavo Betancourt*,
        19 Cr. 661 (VEC)

Dear Judge Caproni:

  I write to respectfully request that the sentencing hearing scheduled for October 8, 2025, be adjourned until October 24, 2025, to allow additional time to gather information relevant to the Court's sentencing determination. The government (A.U.S.A. Alexander Messiter) consents to this application.

Respectfully yours,

Evan L. Lipton
*Attorney for Gustavo Betancourt*

Application GRANTED.  Mr. Betancourt's sentencing is ADJOURNED to **Friday, October 24, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  Pre-sentencing submissions are due **Friday, October 10, 2025**.

SO ORDERED.

*[signed]* 9/22/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE