**MEMO ENDORSED**

Law Office of Evan L. Lipton, P.C.
260 Madison Ave, Floor 22
New York, New York 10016
ell@evanliptonlaw.com
(917) 924-9800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2025

October 10, 2025

By ECF
Hon. Valerie E. Caproni
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

      Re:    *United States v. Gustavo Betancourt*,
            19 Cr. 661 (VEC)

Dear Judge Caproni:

      Gustavo Betancourt is scheduled to be sentenced on October 24, 2025. I write to respectfully request that I be permitted to file the defense sentencing submission on Monday, October 13, 2025, rather than the current due date of October 10. The government (A.U.S.A. Alexander Messiter) consents to this application.

Respectfully yours,

Evan L. Lipton
*Attorney for Gustavo Betancourt*

---

Application GRANTED.  The deadline for both parties to file sentencing submissions is ADJOURNED to **October 13, 2025**.

SO ORDERED.

*[signature]*  10/10/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE